UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARANJIT CHANDHAR SINGH, | CASE NO. CV 09-4331-TJH (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| ERIC HOLDER, Attorney General, et al., | |
| Respondent. | |

    The matter having been rendered moot by the release of Petitioner from custody, it is hereby adjudged that the Petition be DISMISSED.

    DATED: <u>October 21, 2009</u>.

                                                    _____
                                                    TERRY J. HATTER, JR.
                                                    UNITED STATES DISTRICT JUDGE

M:\POD12\Civil\LA09CV04331-TJH(PJW)-JUDGMENT.wpd